# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EBONY SAM**<br><br>v.<br><br>**SPECIAL PEOPLE IN NORTHEAST, INC. et al** | **CIVIL ACTION**<br><br>**NO. 20-6180** |

## ORDER

  **AND NOW, TO WIT:** This 7th day of June, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

         **KATE BARKMAN**, Clerk of Court

       **BY:**  /s/ Amanda R. Frazier
           Amanda R. Frazier
           Deputy Clerk